**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

JOHN J. WATERS, JR.; GERARD L. CAFESJIAN;
THE CAFESJIAN FAMILY FOUNDATION; and
TOMKAT LP,

      Plaintiffs,

      vs.                            Case No: 07-cv-04212 (JNE/SRN)

ARMENIAN GENOCIDE MUSEUM &
MEMORIAL, INC., and ARMENIAN ASSEMBLY
OF AMERICA, INC.;

      Defendants.

**ORDER
FOR DISMISSAL WITHOUT PREJUDICE
AND OTHER RELIEF**

This matter comes now before the Court without a hearing pursuant to the Parties' Stipulation of Dismissal of Plaintiffs' Motion for Sanctions With Prejudice and for Dismissal of Case Without Prejudice filed herein. Based on said Stipulation, and the Court being fully apprised of the pleadings and all matters now before it,

IT IS HEREBY ORDERED:

    1.    Plaintiffs' pending Motions for Sanctions (ECF Document 55) are hereby dismissed with prejudice;

    2.    The above-entitled action is hereby dismissed in its entirety, and without prejudice;

    3.    A judgment of dismissal of the case shall enter herein without prejudice and without an award of costs and/or disbursements to either of the Parties, each Party to bear its own

- 2 -

costs and disbursements, including without limitation to any and all attorney fees incurred in connection with either of the foregoing dismissal of motions or the dismissal of the case.

JUDGMENT OF DISMISSAL SHALL ENTER ACCORDINGLY WITHOUT PREJUDICE AND WITHOUT DELAY.

Dated: July 3, 2008                    BY THE COURT:


                                            s/ Joan N. Ericksen
                                            Hon. Joan N. Ericksen,
                                            Judge of District Court